```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
    PATRICK HYE,                                             :
                                   Plaintiff,   :               21 Civ. 6304 (LGS)
                                                             :
                    -against-                   :               ORDER
                                                             :
    UNITED STATES,                                           :
                                   Defendant.   :
-------------------------------------------------------------:
                                                             X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is currently scheduled for October 7, 2021, at 10:40 a.m.

WHEREAS, the Order dated August 12, 2021, required the parties to file a proposed case management plan and joint letter seven (7) days before the initial pretrial conference.  (Dkt. No. 6.)

WHEREAS, Defendant had not appeared, and Plaintiff had not filed proof of service on the docket as of October 1, 2021.

WHEREAS, the Order dated October 1, 2021 (the "Order"), required the parties to file a joint letter and proposed case management plan as soon as possible and no later than October 4, 2021, at noon, if the Plaintiff had been in communication with Defendant.  If Plaintiff had not been in communication with Defendant, the Order required Plaintiff to file a status letter regarding his efforts to serve Defendant and request an adjournment of the initial conference as soon as possible and no later than October 4, 2021, at noon.  (Dkt. No. 9.)

WHEREAS, no party filed a status letter by October 4, 2021, at noon.  Defendant has not appeared, and Plaintiff has not filed proof of service.  It is hereby

**ORDERED** that the parties shall comply with the Order as soon as possible and no later

than **October 6, 2021, at noon**.  Failure to comply with this Order may result in sanctions, including dismissal with prejudice for failure to prosecute.

Dated: October 4, 2021
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE