

Christina Ctorides, Esq., Partner
* Admitted in NY & NJ

ChristinaC@LawJW.com

*PLEASE NOTE OUR NEW **NEW YORK** ADDRESS*

October 6, 2021

<u>Via E-Filing</u>
Judge Lorna G. Schofield
United States District Court, Southern District of New York
Thurgood Marshall, United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    Hye, Patrick v. The United States of America
            Case No. 1:21-cv-06304
            Our File No.: 21-001199

Dear Judge Schofield:

This firm represents the Plaintiff, Patrick Hye, in the aforementioned matter.

We apologize to the Court for not previously responding to the Court's Order regarding the submission of a proposed discovery plan. The reason we have been unable to comply is that the United States of America was served on September 22, 2021 and has not yet answered the complaint.

The Affidavit of Service was filed today and shows that the Summons and Complaint was personally served upon the United States Attorney for the Southern District of New York, and via certified mail upon the United States Attorney's Office in Washington, DC. [Document No. 11]

In view of the above, I am respectfully requesting an adjournment of the Court's deadline for filing a proposed case management plan until November 22, 2021.

Thank you for the Court's consideration herein.

Respectfully yours,

Christina Ctorides

CC/ka

Application **GRANTED**. The initial conference scheduled for October 7, 2021 is **ADJOURNED** to **December 2, 2021 at 10:40 a.m.**

Dated: October 6, 2021
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE