UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK HYE,

                      Plaintiff,   :      21 Civ. 6304 (LGS)

      -against-            :      ORDER

UNITED STATES,

                    Defendant.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, an initial conference was held on December 2, 2021, at 10:40 a.m., to discuss a scheduling order and any consolidation of a related state court action. It is hereby

**ORDERED** that, by **December 10, 2021**, the Government shall file a notice of removal of the state court action. The notice of removal shall include a statement of relatedness which references this action. It is further

**ORDERED** that, by **December 13, 2021**, Plaintiff shall file a consolidated amended complaint. A Civil Case Management Plan and Scheduling Order will issue separately.

Dated: December 3s, 2021
       New York, New York

                                            LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE