UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK HYE,

                  Plaintiff,          21 Civ. 6304 (LGS),
                                           21 Civ. 10484 (LGS)

        -against-
                                           <u>ORDER</u>

UNITED STATES,

                  Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, this Court's December 14, 2021, Order required Plaintiff to file a consolidated amended complaint by December 20, 2021.  (Dkt. No. 21; *see* Dkt. Nos. 19, 22.)

      WHEREAS, no such amended complaint has been filed.  It is hereby

      **ORDERED** that, by **December 23, 2021**, Plaintiff shall file a consolidated amended complaint.

Dated: December 22, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE