UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK HYE,

                     Plaintiff,        21 Civ. 6304 (LGS),
                                          21 Civ. 10484 (LGS)

        -against-

                                           ORDER

UNITED STATES,

                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 23, 2021, Plaintiff filed a consolidated amended complaint. (Dkt. No. 24.) It is hereby

      **ORDERED** that all further filings shall be made under Hye v. United States, et al., No. 21 Civ. 6304.

      The Clerk of Court is respectfully directed to close Hye v. United States, et al., No. 21 Civ. 10484.

Dated: December 27, 2021
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                 **UNITED STATES DISTRICT JUDGE**