UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK HYE,  
                              Plaintiff,  :   21 Civ. 6304 (LGS)

           -against-                      :   ORDER

UNITED STATES, et al.,  
                              Defendants. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order a status letter was due on January 31, 2022.  (Dkt. No. 18.)

WHEREAS, no such status letter was filed.  It is hereby

**ORDERED** that by **February 4, 2022**, the parties shall file a joint status letter.

Dated: February 1, 2022  
       New York, New York

_____  
**LORNA G. SCHOFIELD**  
**UNITED STATES DISTRICT JUDGE**