UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
PATRICK HYE,
                              Plaintiff,     :     21 Civ. 6304 (LGS)

         -against-                        :     ORDER

UNITED STATES, et al.,
                             Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on March 4, 2022, Defendant NYU Langone and Defendant Omar Tanweer, M.D., filed certain discovery materials on ECF.

       WHEREAS, Local Civil Rule 5.1 permits "only those discovery materials that are necessary to the decisional process" to be filed in connection with a motion or application. Committee Note, Local Civil Rule 5.1.

       WHEREAS, no such motion or application has been filed.  It is hereby

       **ORDERED** that the filings at Docket Nos. 37, 38 and 39 are **STRICKEN**.

       The Clerk of Court is respectfully requested to strike the filings at Docket Nos. 37, 38 and 39.

Dated:  March 7, 2022
           New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE