UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PATRICK HYE,

                     Plaintiff,         21 Civ. 6304 (LGS)

          -against-                   ORDER

UNITED STATES, et al.,

                   Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, a conference was held on August 2, 2022, to discuss Defendants' letter motion for a Local Rule 37.2 Conference. It is hereby

    **ORDERED** that, for the reasons stated at the conference, by **August 4, 2022**, Plaintiff shall produce any and all documents on which he intends to rely to support his past and future earnings claims, including any documents sent to Plaintiff's accountant(s) to prepare business tax returns between 2016 and 2021. It is further

    **ORDERED** that a Third Amended Case Management Plan and Scheduling Order will issue separately. No further extensions will be granted absent compelling circumstances.

Dated: August 2, 2022
       New York, New York

*[Signature]*

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE