UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    PATRICK HYE,

                              Plaintiff,          21 Civ. 6304 (LGS)

              -against-                      ORDER

    UNITED STATES, et al.,

                             Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, paragraph 13(b) of the Fourth Amended Case Management Plan, issued November 16, 2022, requires the parties to file a joint status letter containing the information outlined in Individual Rule IV.A.2 and advising the Court whether they request a referral for settlement discussions.

      WHEREAS, no such letter was filed. It is hereby

      **ORDERED** that the parties shall file the required letter as soon as possible and no later than **January 31, 2023**.

Dated: January 30, 2023
       New York, New York

                                               LORNA G. SCHOFIELD
                                               **UNITED STATES DISTRICT JUDGE**