UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

PATRICK HYE,

                Plaintiff,          21 Civ. 6304 (LGS)

      -against-                    ORDER

UNITED STATES, et al.,

               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Fourth Amended Civil Case Management Plan and Scheduling Order ("4th CMP"), issued November 16, 2022, scheduled a case management conference for March 16, 2023, following the close of fact and expert discovery.

      WHEREAS, discovery has been extended and will now close on May 3, 2023. It is hereby

      **ORDERED** that the conference scheduled for March 16, 2023, is **ADJOURNED** to **May 24, 2023, at 4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. The parties are directed to the instructions regarding pre-motion letters for any contemplated motions for summary judgment, contained in paragraph 13(c) of the 4th CMP.

Dated: March 9, 2023
       New York, New York

                                                LORNA G. SCHOFIELD
                                                UNITED STATES DISTRICT JUDGE